IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
OLLIE BLAND STEWART ) CASE NO. 08-06017-GP3-7
JAMYE SUE STEWART ) CHAPTER 7
    DEBTORS. ) JUDGE PAINE

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: Aug. 31, 2009**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: Sept. 29, 2009 at 9:00 a.m., Courtroom I, Customs House, 701 Broadway, Nashville, TN 37203.**

**TRUSTEE'S NOTICE OF MOTION TO RETRIEVE AND RE-OPEN CASE, DEFER COSTS AND SET ASIDE NO-ASSET REPORT**

    Michael Gigandet, the Chapter 7 trustee, has asked the court for the following relief: TO RETRIEVE AND RE-OPEN CASE, DEFER COSTS AND SET ASIDE NO-ASSET REPORT

    **YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion, or if you want the court to consider your views on the motion, then on or before Aug. 31, 2009, you or your attorney must:

1. File with the court your written response or objection explaining your position at:

    By Mail:    U. S. Bankruptcy Court, 701 Broadway, Room 160, Nashville, TN 37203
    In Person:  U. S. Bankruptcy Court, 701 Broadway, 1st floor, Nashville, TN

2. **Your response must state that the deadline for filing responses is Aug. 31, 2009, the date of the scheduled hearing is Sept. 29, 2009 and the motion to which you are responding is trustee's motion to retrieve and re-open case, defer costs and set aside no-asset report.**
    If you want a file stamped copy returned, you must include an extra copy and a self-addressed, stamped envelope.

3. You must also mail a copy of your response to:
    Michael Gigandet, Trustee, 208 Centre Street, Pleasant View, TN 37146
    U. S. Trustee, 318 Customs House, 701 Broadway, Nashville, TN 37203
    Debtors, Ollie and Jamye Stewart, 4793 Arnold Dr., Murfreesboro, TN 37129
    Debtors' Attorney, Nicholas Burgett, 237 French Landing Drive, Nashville, TN 37228

    If a timely response is filed, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by calling the Clerk's

Office at 615-736-5584 or viewing the case on the Court's web site at >www.tnmb.uscourts.gov>. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy procedure.

  If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: Aug. 10, 2009      Signature **/s/ Michael Gigandet** _____
                Michael Gigandet, #011498
                208 Centre Street
                Pleasant View, TN 37146
                Phone: (615) 746-4949
                Fax: (615) 746-4950
                Mgigandet@mgigandetlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
OLLIE BLAND STEWART ) CASE NO. 08-06017-GP3-7
JAMYE SUE STEWART ) CHAPTER 7
    DEBTORS. ) JUDGE PAINE

## TRUSTEE'S MOTION TO RETRIEVE AND RE-OPEN CASE, DEFER COSTS AND SET ASIDE NO-ASSET REPORT

Comes now Michael Gigandet, the duly appointed Chapter 7 trustee, and files this his motion to retrieve and re-open this case, defer costs of the re-opening, and set aside his no asset report filed on March 19, 2009.

As grounds for his motion, the trustee would state that after the filing of the no-asset report, the trustee discovered certain state court litigation in which the debtors have an interest and which might result in substantial funds for distribution to the estate's unsecured creditors. The litigation was not reported in the debtors' chapter 7 bankruptcy schedules.

Respectfully submitted,

**LAW OFFICE OF MICHAEL GIGANDET**

**/s/ Michael Gigandet**

_____
Michael Gigandet, Trustee #11498
208 Centre Street
Pleasant View, TN 37146
615-746-4949
Fax: 615-746-4950
Mgigandet@mgigandetlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been forwarded by U. S. Mail, 1st class postage prepaid to the U. S. Trustee, 318 Customs House, 701 Broadway, Nashville, TN 37203, to the debtors, to the debtors' attorney and to all creditors and all interested parties, per the mailing matrix attached to and filed with the original of this document, on this the 10th day of August, 2009.

**/s/ Michael Gigandet**

_____
Michael Gigandet, Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
OLLIE BLAND STEWART ) CASE NO. 08-06017-GP3-7
JAMYE SUE STEWART ) CHAPTER 7
    DEBTORS. ) JUDGE PAINE

**PROPOSED ORDER RETRIEVING AND RE-OPENING CASE, DEFERRING COSTS OF THE RE-OPENING, AND SETTING ASIDE NO-ASSET REPORT**

Upon the notice and motion of Michael Gigandet, the Chapter 7 trustee, to retrieve and re-open this closed case, defer the costs of re-opening, and to set aside the no-asset report filed on March 19, 2009, for the purpose of administering a possible asset, and there being no objections filed thereto;

It is therefore **ORDERED, ADJUDGED and DECREED** that this case shall be and is hereby re-opened.

It is further **ORDERED, ADJUDGED and DECREED** that all costs associated with the re-opening of this case shall be and are hereby deferred.

And it is further **ORDERED, AJDUDGED and DECREED** that the no-asset report filed by the Chapter 7 trustee on March 19, 2009 shall be and is hereby set-aside.

**ENTERED** this the _____ day of _____, 2009.

_____
U.S. BANKRUPTCY JUDGE

APPROVED FOR ENTRY:

**LAW OFFICE OF MICHAEL GIGANDET**

_____
Michael Gigandet, Trustee #11498
208 Centre St.
Pleasant View, TN 37146
615-746-4949
Fax: 615-746-4950
Mgigandet@mgigandetlaw.com

```
Label Matrix for local noticing          AMERICAN GENERAL FINANCIAL SERVICES, INC.    Dell Financial Services, LLC
0650-3                                   1312 MEMORIAL BLVD.                          c/o Resurgent Capital Services
Case 3:08-bk-06017                       MURFREESBORO, TN 37129-2480                  PO Box 10390
MIDDLE DISTRICT OF TENNESSEE                                                          Greenville, SC 296030390
Nashville
Thu Aug  6 10:12:29 CDT 2009

Recovery Management Systems Corporation  Taylor, Bean & Whitaker                       CitiFinancial Auto Corporation
25 S.E. 2nd Avenue                       1417 North Magnolia Avenue                   P.O. Box 182287
Suite 1120                               Ocala, FL 34475-9078                         Columbus OH 43218-2287
Miami, FL 33131-1605


AMERICAN GENERAL                         BENEFICIAL                                   CITIFINANCIAL AUTO
1312 MEMORIAL BLVD                       PO. BOX 4153-K                               PO BOX 9575
Murfreesboro TN 37129-2480               Carol Stream IL 60197                        Coppell TX 75019-9509


DELL FINANCIAL SERVICES                  EXPRESS LOANS                                EXXON MOBIL
P.O. BOX 81577                           1004 MEMORIAL BLVD, STE E                    PO BOX 530962
Austin TX 78708-1577                     Murfreesboro TN 37129-2407                   Atlanta GA 30353-0962


FINGERHUT                                HEIGHTS FINANCE                              HOMETOWN LOANS
PO BOX 166                               1744 W NORTHFIELD BLVD                       1009 MEMORIAL BLVD
Newark NJ 07101-0166                     Murfreesboro TN 37129-1702                   Murfreesboro TN 37129-2406


LOWES                                    NATHANIEL KEITH MURRAY                       Recovery Management Systems Corporation
PO BOX 79                                134 TRIBBLE LANE                             25 S.E. 2nd Avenue, Suite 1120
Atlanta GA 30301-0079                    Lebanon TN 37087-4618                        Miami, FL 33131-1605


SALLIE MAE                               SAN DIEGO DEPT. OF CHILD SUPPORT             SEARS
PO BOX 9500                              PO. BOX 122031                               PO BOX 6189
Wilkes Barre PA 18773-9500               San Diego CA 92112-2031                      Sioux Falls SD 57117-6189


SPRINT                                   TAYLOR, BEAN & WHITTAKER                     US TRUSTEE
P.O. BOX 650270                          1417 NORTH MAGNOLIA AVENUE                   OFFICE OF THE UNITED STATES TRUSTEE
Dallas TX 75265-0270                     Ocala FL 34475-9078                          701 BROADWAY STE 318
                                                                                      NASHVILLE, TN 37203-3966


JAMYE SUE STEWART                        MICHAEL GIGANDET                             NICHOLAS K BURGETT
4793 ARNOLD DRIVE                        LAW OFFICE OF MICHAEL GIGANDET               CLARK & WASHINGTON PC
Murfreesboro, TN 37129-7707              208 CENTRE ST                                237 FRENCH LANDING DRIVE
                                         PLEASANT VIEW, TN 37146-7053                 NASHVILLE, TN 37228-1601


OLLIE BLAND STEWART                      End of Label Matrix
4793 ARNOLD DRIVE                        Mailable recipients    27
Murfreesboro, TN 37129-7707              Bypassed recipients     0
                                         Total                  27
```