IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
OLLIE BLAND STEWART )  CASE NO. 08-06017-GP3-7
JAMYE SUE STEWART )  CHAPTER 7
    DEBTORS. )  JUDGE PAINE

## MOTION FOR 2004 EXAMINATION OF JAMYE SUE STEWART

Comes now Michael Gigandet, the duly appointed Chapter 7 trustee, and files this motion with the Court requesting that the Court order **JAMYE SUE STEWART** to appear for a 2004 examination at 1:00 p.m. Thursday, August 27, 2009 at the Law Office of Michael Gigandet, 208 Centre Street, Pleasant View, TN 37146.

The movant requests an order from the Court requiring the deponent to bring the following documentation to the Section 2004 examination:

1. Individual tax returns for 2007 and 2008.

2. Bank statements and cancelled checks for all bank accounts or financial accounts for 2008 and 2009.

3. Any and all documentation concerning valuation and the purchase of any personal property listed on Schedule B.

4. Any and all documentation concerning the purchase, sale or transfer of any vehicles owned by the debtor in 2007 and 2008.

5. Any and all documentation concerning the sale, purchase or transfer of any real estate by the debtor within the past five (5) years.

6. A list of all household goods/furnishings.

7. A list of all jewelry owned by the debtor in the past three (3) years.

8. Any and all documentation concerning any interest you have in any probate estate in the past ten (10) years regardless of the value of that interest.

Respectfully submitted,

**LAW OFFICE OF MICHAEL GIGANDET**

**/s/ Michael Gigandet**

Michael Gigandet, #11498
208 Centre Street
Pleasant View, TN 37146
(615) 746-4949;
FAX: 615-746-4950
mgigandet@mgigandetlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been forwarded by U. S. Mail, 1st class postage prepaid to the U. S. Trustee's Office, 318 Customs House, 701 Broadway, Nashville, TN 37203, to the debtors, Ollie and Jamye Stewart, 4793 Arnold Drive, Murfreesboro, TN 37129 and to the debtors' attorney, Nicholas K. Burgett, 237 French Landing Dr, Nashville, TN 37228 on this the 11th day of August, 2009.

**/s/ Michael Gigandet**

Michael Gigandet, Trustee