IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: OLLIE BLAND STEWART
JAMYE SUE STEWART
    Debtor(s)

CASE NO. 08-06017-GP3-7

## ORDER DIRECTING EXAMINATION
## PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

Upon the motion of Michael Gigandet, the duly appointed Chapter 7 trustee, it is

**ORDERED** that Ollie Bland Stewart shall appear for examination pursuant to *Fed. R. Bankr. P.* 2004 on Thursday, August 27, 2009 at 1:00 p.m. at the Law Office of Michael Gigandet, 208 Centre Street, Pleasant View, TN 37146.

**IT IS FURTHER ORDERED** that Ollie Bland Stewart shall produce the documents as specified in the motion at the above address.

**IT IS FURTHER ORDERED** that the attorney for the movant shall serve a copy of this order on the party or counsel for the party required to appear and to the U.S. Trustee.

The attendance of an entity for examination and the production of documentary evidence are compelled in the manner provided in *Fed. R. Bankr. Proc.* 9016 for the attendance of witnesses at a hearing or trial.

Dated: August 12, 2009

                                                  /s/ George C. Paine, II
                                                  Chief Bankruptcy Judge