IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

| | | |
|---|---|---|
| OLLIE BLAND STEWART | ) | CASE NO. 08-06017-GP3-7 |
| JAMYE SUE STEWART | ) | CHAPTER 7 |
| DEBTOR. | ) | JUDGE PAINE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Order and Motion for 2004 Examination of **OLLIE BLAND STEWART and JAMYE SUE STEWART** has been forwarded by U. S. Mail, 1st class postage prepaid to the U. S. Trustee's Office, 318 Customs House, 701 Broadway, Nashville, TN 37203, to the debtors/deponents, Ollie and Jamye Stewart, 4793 Arnold Drive, Murfreesboro, TN 37129 and to the debtors' attorney, Nicholas K. Burgett, 237 French Landing Dr, Nashville, TN 37228 on this the 13th day of August, 2009.

Respectfully submitted,

**LAW OFFICE OF MICHAEL GIGANDET**

**/s/ Michael Gigandet**

_____

Michael Gigandet, #11498
208 Centre Street
Pleasant View, TN 37146
(615) 746-4949;
FAX: 615-746-4950
mgigandet@mgigandetlaw.com