IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
OLLIE BLAND STEWART ) CASE NO. 08-06017-GP3-7
JAMYE SUE STEWART ) CHAPTER 7
    DEBTORS. ) JUDGE PAINE

## ORDER RETRIEVING AND RE-OPENING CASE, DEFERRING COSTS OF THE RE-OPENING, AND SETTING ASIDE NO-ASSET REPORT

Upon the notice and motion of Michael Gigandet, the Chapter 7 trustee, to retrieve and re-open this closed case, defer the costs of re-opening, and to set aside the no-asset report filed on March 19, 2009, for the purpose of administering a possible asset, and there being no objections filed thereto;

It is therefore **ORDERED, ADJUDGED and DECREED** that this case shall be and is hereby re-opened.

It is further **ORDERED, ADJUDGED and DECREED** that all costs associated with the re-opening of this case shall be and are hereby deferred.

And it is further **ORDERED, AJDUDGED and DECREED** that the no-asset report filed by the Chapter 7 trustee on March 19, 2009 shall be and is hereby set-aside.

**ENTERED** this the _____ day of _____, 2009.

This order was signed and entered electronically as indicated at the top of the first page.

APPROVED FOR ENTRY:

**LAW OFFICE OF MICHAEL GIGANDET**
**/s/ Michael Gigandet**
_____
Michael Gigandet, Trustee #11498
208 Centre St.
Pleasant View, TN 37146
615-746-4949

Fax: 615-746-4950
Mgigandet@mgigandetlaw.com