**Form RECASSET**

# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
Case No. **3:08−bk−06017**
**Chapter 7**

In re:

| | |
|---|---|
| OLLIE BLAND STEWART<br>4793 ARNOLD DRIVE<br>Murfreesboro, TN 37129 | JAMYE SUE STEWART<br>4793 ARNOLD DRIVE<br>Murfreesboro, TN 37129 |
| Social Security No.:<br>xxx−xx−1382 | Social Security No.:<br>xxx−xx−2256 |

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**Notice is given that:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee. Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court on or before:

Claims Deadline Date: 12/30/09

Government Agency Deadline Date:

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate. The proof of claim form is included with this notice. Registered Users must file their claim electronically at HTTPS:// ECF.TNMB.USCOURTS.GOV. Non−registered claim filers may file the claim by regular mail. If filing by regular mail you must include a stamped, self−addressed envelope for return of claim.

There is no fee for filing the proof of claim.

If you have already filed a proof of claim, do not file another.

BY THE COURT

Dated: 10/2/09

MATTHEW T. LOUGHNEY
Court Clerk

**Address of the Bankruptcy Clerk's Office:**
701 Broadway Room 170
Nashville, TN 37203
Telephone number: 615−736−5584