
George C. Paine, II
US Bankruptcy Judge
Dated: 10/02/09



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| OLLIE B. STEWART and ) | Case No. 08-06017-GP3-7 |
| JAMYE S. STEWART, ) | |
| Debtors. ) | |

ORDER ALLOWING APPOINTMENT OF TRUSTEE
NUNC PRO TUNC TO SEPTEMBER 18, 2009

Upon the motion of the U. S. Trustee, it is hereby ORDERED that, pursuant to F.R.B.P. 5010, the U.S. Trustee is allowed to appoint a trustee NUNC PRO TUNC to September 18, 2009, to complete the administration of this reopened case.

***THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE***

APPROVED FOR ENTRY:

RICHARD F. CLIPPARD
United States Trustee, Region 8

BY: /s/ Beth Roberts Derrick BPR 7138
Beth Roberts Derrick
Assistant U. S. Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203-3946
Phone: 615-736-2254
Fax: 615-736-2260
Email: Beth.R.Derrick@usdoj.gov

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.